423 A.2d 1322

Commonwealth v. Poteete, Appellant.

Submitted March 23, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

423 A.2d 1322

Commonwealth v. Preston, Appellant.

Submitted June 29, 1979. David A. Garfunkel, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment of sentence affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was made prior to the death of Robinson, J.